

**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-20340-CIV-MORENO**

TODD CARLTON SMITH,

    Petitioner

vs.

UNITED STATES ATTORNEY,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 12)** on **March 17, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that the Petitioner finally filed a motion to proceed *in forma pauperis* on **April 1, 2008**. The Court, being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 12)** on **March 17, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Although Petitioner finally filed a motion to proceed *in forma pauperis*, the Court is nevertheless adopting the Magistrate Judge's Report and Recommendation and dismissing the case without prejudice due to Petitioner's failure to comply with the Court's prior orders; and

(2)      the case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record

-2-